UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Index No. 20-cv-3365 (LJL)
WORTHY GLOBAL LIMITED,

                                          Plaintiff,

-against-

MARCRAFT CLOTHES, INC. d/b/a MARCRAFT
APPAREL GROUP,

                                          Defendant.
------------------------------------------------------------------X

## [PROPOSED] DEFAULT JUDGMENT

This action having been commenced by Plaintiff WORTHY GLOBAL LIMITED ("Plaintiff") on April 30, 2020 by the filing of the Summons and Complaint, and two true copies of the Summons and Complaint and Civil Cover Sheet were served on Defendant MARCRAFT CLOTHES, INC. d/b/a MARCRAFT APPAREL GROUP ("Defendant") on May 5, 2020 by delivering to and leaving with Sue Zouky, Authorized Agent in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York in Albany, New York, and that said service was made pursuant to §306 of New York Business Corporation Law, and proof of service was therefore filed on May 28, 2020 as Document 7, and that the docket entries indicate that the Defendant has not filed an answer or otherwise moved with respect to the Complaint herein, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff WORTHY GLOBAL LIMITED have judgment against Defendant MARCRAFT CLOTHES, INC. d/b/a MARCRAFT APPAREL GROUP in the amount of $2,882,677.55, with statutory interest at 9% from December 31, 2019 to the date of entry of judgment, amounting to $_____$153,821.56_____, plus

costs and disbursements of this action in the amount of $516.40 amounting in all to $ $3,037,015.51                    .

Dated: New York, New York
       August 4, 2020

_____
LEWIS J. LIMAN
United States District Judge


This document was entered on the docket

on _____